UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL WORKERS 401(K) SAVINGS PLAN TRUST, and PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>16D LLC, a Washington limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-792<br><br>ORDER TO SHOW CAUSE |

On June 5, 2024, Plaintiffs Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Workers 401(k) Savings Plan Trust, and Puget Sound Electrical Joint Apprenticeship and Training Trust (the "Trust Funds") sued Defendant 16D LLC. Dkt. No. 1. On August 27, 2024, the Trust Funds filed a status report in which they notified the Court that "the audit claims are close to resolution" and asked the

ORDER TO SHOW CAUSE - 1

Court "not to take any action in this matter until October 1, 2024, in order to allow the Parties to resolve [the] dispute without further intervention by the Court." Dkt. No. 9 at 1–2. Since that time, the Trust Funds have taken no action. *See* Dkt.

Accordingly, the Court ORDERS the Trust Funds to SHOW CAUSE why this matter should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) ("[The court has] inherent power sua sponte to dismiss a case for lack of prosecution"). The Trust Fund must, by no later than May 6, 2025, file a response to this order to show cause. Failure to timely respond will result in dismissal of this action without prejudice.

Dated this 23rd day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2